UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 17-22568-CIV-COOKE/Goodman

ARTHENIA JOYNER, et al.
    Plaintiffs,

versus

PRESIDENTIAL ADVISORY
COMMISSION ON ELECTION
INTEGRITY, et al.,
    Defendants.
_____/

**JOINT MOTION TO STAY FILING OF JOINT SCHEDULING REPORT UNTIL AFTER RESOLUTION OF DEFENDANTS' MOTIONS TO DISMISS**

Following an additional Meet and Confer by the parties' counsel pursuant to this Court's Orders (DE33 & 40), the parties jointly ask this Court to stay the filing of the Joint Status Report until twenty-one (21) days after resolution of the motions to dismiss filed by the Federal and State Defendant. Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure provides that the court may, for good cause, grant a motion to extend a deadline. Good cause exists for staying the deadline for the Joint Status Report for the following reasons:

1. Defendant Florida Secretary of State responded to the Complaint by filing a Motion to Dismiss (DE38) on August 14, 2017. Plaintiffs responded to the motion on September 18, 2017 (DE43).

2. The Federal Defendants have 60 days to respond to the Complaint. Plaintiffs properly served the United States Attorney's Office on August 21, 2017; thus, the Federal Defendants have until October 20, 2017, to respond to the Complaint. The Federal Defendants anticipate filing a motion to dismiss.

3. The parties have conferred in accordance with this Court's Order requiring counsel to meet and confer in connection with the filing of the Joint Scheduling Report (DE33). The parties submit in good faith that the information required by the eleven subsections, (A) through (K), of Local Rule 16.1(b)(2) are better discussed and resolved after this Court's resolution of the defendants' motions to dismiss, which may resolve some or all of the issues raised in the Complaint.

4. Accordingly, the parties jointly request that their obligation to file the Joint Scheduling Report be stayed until twenty-one (21) days after the Court has ruled on the motions to dismiss filed by the Federal and State Defendants.

5. Undersigned counsel for the plaintiffs is authorized by all parties to file this motion as a joint submission.

6. A proposed order is attached to this motion.

Dated: September 20, 2017                                   Respectfully submitted,

*S/ H.K. Skip Pita*                                         *S/ Jason B. Blank*
**H.K. SKIP PITA**                                          **JASON B. BLANK**
Florida Bar No. 101974                                      Florida Bar No. 28826
**PITA WEBER DEL PRADO**                                    **HABER BLANK, LLP**
9350 S. Dixie Hwy., Suite 1200                              888 S. Andrews Ave., Suite 201
Miami, FL 33156                                             Fort Lauderdale, FL 33316
Tel: (305) 670-2889                                         Tel: (954) 767-0300
Fax: (305) 670-6666                                         Fax: (954) 949-0510
spita@pwdlawfirm.com                                        eservice@haberblank.com
                                                            jblank@haberblank.com


*S/ Benedict P. Kuehne*                                     *S/ Marc A. Burton*
**BENEDICT P. KUEHNE**                                      **MARC A. BURTON**
Florida Bar No. 233293                                      Florida Bar No. 95318
**MICHAEL T. DAVIS**                                        *S/ Daniel J. Poterek*
Florida Bar No. 63374                                       **DANIEL J. POTEREK**
**KUEHNE DAVIS LAW, P.A.**                                  Florida Bar No. 85204
100 SE 2 Street, Suite 3550                                 **THE BURTON FIRM, P.A.**
Miami, FL 33131-154                                         2999 N.E. 191 Street, Suite 805
Tel: (305) 789-5989                                         Miami, Florida 33180
Fax: (305) 789-5987                                         Tel: (305) 705-0888
ben.kuehne@kuehnelaw.com                                    Fax: (305) 705-0008
mdavis@kuehnelaw.com                                        mburton@theburtonfirm.com
efiling@kuehnelaw.com                                       dpoterek@theburtonfirm.com
                                                            pleadings@theburtonfirm.com


*S/ Larry S. Davis*                                         *S/ Freddy Funes*
**LARRY S. DAVIS**                                          **FREDDY FUNES**
Florida Bar No. 437719                                      Florida Bar No. 87932
*S/ Shana Korda*                                            *S/ Gerald Greenberg*

**SHANA KORDA**
Florida Bar No. 109504
**LAW OFFICE OF LARRY S. DAVIS, P.A**.
1926 Harrison Street
Hollywood, FL 33020-5018
Tel: (954) 927.4249
Fax: (954) 927-1653
larry@larrysdavislaw.com
shana@larrysdavislaw.com
courtdocs@larrysdavislaw.com

*S/ Nancy G. Abudu*
**NANCY G. ABUDU**
Florida Bar No. 111881
Legal Director
**AMERICAN CIVIL LIBERTIES UNION OF FLORIDA**
4343 W. Flagler St., Suite 400
Miami, FL 33134
Tel: (786) 363-2707
Fax: (786) 363-1108
nabudu@aclufl.org

**GERALD GREENBERG**
Florida Bar No. 440094
*S/ Jarred L. Reiling*
**JARRED L. REILING**
Florida Bar No. 93930
*S/ Adam Schachter*
**ADAM SCHACHTER**
Florida Bar No. 647101
**GELBER SCHACHTER & GREENBERG, P.A.**
**Cooperating Counsel**
**American Civil Liberties Union Foundation of Florida**
1221 Brickell Avenue, Suite 2010
Miami, FL 33131-3224
Tel: (305) 728-0950
Fax: (305) 728-0951
jreiling@gsgpa.com

*S/ Joseph S. Geller*
**JOSEPH S. GELLER**
Florida Bar No. 292771
**GREENSPOON MARDER, P.A.**
200 E. Broward Blvd., Suite 1500
Fort Lauderdale, FL 33301-1874
Tel: (954) 491-1120
Fax: (954) 331-2037
joseph.geller@gmlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 20 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

*S/ Benedict P. Kuehne*
**BENEDICT P. KUEHNE**
Florida Bar No. 233293

## SERVICE LIST

**H.K. SKIP PITA**
**PITA WEBER DEL PRADO**
9350 S. Dixie Hwy., Suite 1200
Miami, FL 33156
Tel: (305) 670-2889
Fax: (305) 670-6666
spita@pwdlawfirm.com
*Co-counsel for Plaintiffs*

**JASON B. BLANK**
**HABER BLANK, LLP**
888 S. Andrews Ave., Suite 201
Fort Lauderdale, FL 33316
Tel: (954) 767-0300
Fax: (954) 949-0510
eservice@haberblank.com
jblank@haberblank.com
*Co-counsel for Plaintiffs*

**BENEDICT P. KUEHNE**
**MICHAEL T. DAVIS**
**KUEHNE DAVIS LAW, P.A.**
100 SE 2 Street, Suite 3550
Miami, FL 33131-154
Tel: (305) 789-5989
Fax: (305) 789-5987
ben.kuehne@kuehnelaw.com
mdavis@kuehnelaw.com
efiling@kuehnelaw.com
*Co-counsel for Plaintiffs*

**MARC A. BURTON**
**DANIEL J. POTEREK**
**THE BURTON FIRM, P.A.**
2999 N.E. 191 Street, Suite 805
Miami, Florida 33180
Tel: (305) 705-0888
Fax: (305) 705-0008
mburton@theburtonfirm.com
dpoterek@theburtonfirm.com
pleadings@theburtonfirm.com
*Co-counsel for Plaintiffs*

**LARRY S. DAVIS**
**SHANA KORDA**
**LAW OFFICE OF LARRY S. DAVIS, P.A**.
1926 Harrison Street
Hollywood, FL 33020-5018
Tel: (954) 927.4249
Fax: (954) 927-1653
larry@larrysdavislaw.com
shana@larrysdavislaw.com
courtdocs@larrysdavislaw.com
*Co-counsel for Plaintiffs*

**NANCY G. ABUDU**
Legal Director
**AMERICAN CIVIL LIBERTIES UNION OF FLORIDA**
4343 W. Flagler St., Suite 400
Miami, FL 33134
Tel: (786) 363-2707
Fax: (786) 363-1108
nabudu@aclufl.org
*Co-counsel for Plaintiffs*

**FREDDY FUNES**
**GERALD GREENBERG**
**JARRED L. REILING**
**ADAM SCHACHTER**
**GELBER SCHACHTER & GREENBERG, P.A.**
**Cooperating Counsel**
**ACLU Foundation of Florida**
1221 Brickell Avenue, Suite 2010
Miami, FL 33131-3224
Tel: (305) 728-0950
Fax: (305) 728-0951
jreiling@gsgpa.com
*Co-counsel for Plaintiffs*

**JOSEPH S. GELLER**
**GREENSPOON MARDER, P.A.**
200 E. Broward Blvd., Suite 1500
Fort Lauderdale, FL 33301-1874
Tel: (954) 491-1120
Fax: (954) 331-2037
joseph.geller@gmlaw.com
*Co-counsel for Plaintiffs*

| | |
|---|---|
| **CHAD A. READLER** <br> **ELIZABETH J. SHAPIRO** <br> **JOSEPH E. BORSON** <br> **UNITED STATES DEPARTMENT OF JUSTICE** <br> Civil Division, Federal Programs Branch <br> P.O. Box 883 <br> Washington, DC 20044 <br> Tel: (202) 514-1944 <br> Fax: (202) 616-8460 <br> joseph.borson@usdoj.gov <br> *Counsel for the Federal Government Defendants* | **DAVID A. FUGETT** <br> **(FBN 835935)** <br> **General Counsel** <br> **david.fugett@dos.myflorida.com** <br> **FLORIDA DEPARTMENT OF STATE** <br> **R.A. Gray Building, Suite 100** <br> **500 South Bronough Street** <br> **Tallahassee, Florida 32399-0250** <br> **Tel: (850) 245-6536** <br> **Fax: (850) 245-6127** <br> *Lead Counsel for the Florida Secretary of State* |