UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 17-22568-CIV-COOKE/Goodman

ARTHENIA JOYNER, et al.,
     Plaintiffs,

versus

PRESIDENTIAL ADVISORY
COMMISSION ON ELECTION
INTEGRITY, et al.,
     Defendants.
_____/

# NOTICE OF FILING COMPLETE SIGNED ATTACHMENT C TO CORRECTED JOINT SCHEDULING REPORT (DE48-3)

The parties jointly submit the fully signed Attachment C to the Corrected Joint Scheduling Report (DE48-3). At the time of the corrected filing, the parties had agreed to the terms of the Election to Jurisdiction, but had not been able to execute and return the fully signed election for filing. That omission has now been corrected with this filing.

Dated: October 3, 2017                    Respectfully submitted,

| | |
|---|---|
| *S/ H.K. Skip Pita* | *S/ Jason B. Blank* |
| **H.K. SKIP PITA** | **JASON B. BLANK** |
| Florida Bar No. 101974 | Florida Bar No. 28826 |
| **PITA WEBER DEL PRADO** | **HABER BLANK, LLP** |
| 9350 S. Dixie Hwy., Suite 1200 | 888 S. Andrews Ave., Suite 201 |
| Miami, FL 33156 | Fort Lauderdale, FL 33316 |
| Tel: (305) 670-2889 | Tel: (954) 767-0300 |

Fax: (305) 670-6666
spita@pwdlawfirm.com

*S/ Benedict P. Kuehne*
**BENEDICT P. KUEHNE**
Florida Bar No. 233293
**MICHAEL T. DAVIS**
Florida Bar No. 63374
**KUEHNE DAVIS LAW, P.A.**
100 SE 2 Street, Suite 3550
Miami, FL 33131-154
Tel: (305) 789-5989
Fax: (305) 789-5987
ben.kuehne@kuehnelaw.com
mdavis@kuehnelaw.com
efiling@kuehnelaw.com

*S/ Larry S. Davis*
**LARRY S. DAVIS**
Florida Bar No. 437719
*S/ Shana Korda*
**SHANA KORDA**
Florida Bar No. 109504
**LAW OFFICE OF LARRY S. DAVIS, P.A**.
1926 Harrison Street
Hollywood, FL 33020-5018
Tel: (954) 927.4249
Fax: (954) 927-1653
larry@larrysdavislaw.com
shana@larrysdavislaw.com
courtdocs@larrysdavislaw.com

Fax: (954) 949-0510
eservice@haberblank.com
jblank@haberblank.com

*S/ Marc A. Burton*
**MARC A. BURTON**
Florida Bar No. 95318
*S/ Daniel J. Poterek*
**DANIEL J. POTEREK**
Florida Bar No. 85204
**THE BURTON FIRM, P.A.**
2999 N.E. 191 Street, Suite 805
Miami, Florida 33180
Tel: (305) 705-0888
Fax: (305) 705-0008
mburton@theburtonfirm.com
dpoterek@theburtonfirm.com
pleadings@theburtonfirm.com

*S/ Freddy Funes*
**FREDDY FUNES**
Florida Bar No. 87932
*S/ Gerald Greenberg*
**GERALD GREENBERG**
Florida Bar No. 440094
*S/ Jarred L. Reiling*
**JARRED L. REILING**
Florida Bar No. 93930
*S/ Adam Schachter*
**ADAM SCHACHTER**
Florida Bar No. 647101
**GELBER SCHACHTER & GREENBERG, P.A.**
**Cooperating Counsel**
**American Civil Liberties Union Foundation of Florida**

1221 Brickell Avenue, Suite 2010
Miami, FL 33131-3224
Tel: (305) 728-0950
Fax: (305) 728-0951
jreiling@gsgpa.com

*S/ Nancy G. Abudu*
**NANCY G. ABUDU**
Florida Bar No. 111881
Legal Director
**AMERICAN CIVIL LIBERTIES UNION OF FLORIDA**
4343 W. Flagler St., Suite 400
Miami, FL 33134
Tel: (786) 363-2707
Fax: (786) 363-1108
nabudu@aclufl.org

*S/ David A. Fugett*
**DAVID A. FUGETT**
Florida Bar No. 835935
**FLORIDA DEPARTMENT OF STATE**
R.A. Gray Building, Suite 100
500 South Bronough Street
Tallahassee, FL 32399-0250
Tel: 850.245.6536
Fax: 850.245.6127
david.fugett@dos.myflorida.com
Counsel for the Florida Secretary of State

*S/ Joseph S. Geller*
**JOSEPH S. GELLER**
Florida Bar No. 292771
**GREENSPOON MARDER, P.A.**
200 E. Broward Blvd., Suite 1500
Fort Lauderdale, FL 33301-1874
Tel: (954) 491-1120
Fax: (954) 331-2037
joseph.geller@gmlaw.com

*S/ Joseph E. Borson*
**JOSEPH E. BORSON**
Virginia Bar No. 85519
**CHAD A. READLER**
Acting Assistant Attorney General
**BENJAMIN G. GREENBERG**
Acting United States Attorney
**ELIZABETH J. SHAPIRO**
Deputy Director, Civil Division
United States Department of Justice
**CAROL FEDERIGHI**
**KRISTINA WOLFE**
Civil Division, Federal Programs Branch
P.O. Box 883

> Washington, D.C. 20044
> Tel: 202.514.1944
> Fax: 202.616.8460
> Counsel for Federal Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 3, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

> *S/ Benedict P. Kuehne*
> **BENEDICT P. KUEHNE**
> Florida Bar No. 233293

# SERVICE LIST

**H.K. SKIP PITA**
**PITA WEBER DEL PRADO**
9350 S. Dixie Hwy., Suite 1200
Miami, FL 33156
Tel: (305) 670-2889
Fax: (305) 670-6666
spita@pwdlawfirm.com
*Cocounsel for Plaintiffs*

**JASON B. BLANK**
**HABER BLANK, LLP**
888 S. Andrews Ave., Suite 201
Fort Lauderdale, FL 33316
Tel: (954) 767-0300
Fax: (954) 949-0510
eservice@haberblank.com
jblank@haberblank.com
*Cocounsel for Plaintiffs*

**BENEDICT P. KUEHNE**
**MICHAEL T. DAVIS**
**KUEHNE DAVIS LAW, P.A.**
100 SE 2 Street, Suite 3550
Miami, FL 33131-154
Tel: (305) 789-5989
Fax: (305) 789-5987
ben.kuehne@kuehnelaw.com
mdavis@kuehnelaw.com
efiling@kuehnelaw.com
*Cocounsel for Plaintiffs*

**MARC A. BURTON**
**DANIEL J. POTEREK**
**THE BURTON FIRM, P.A.**
2999 N.E. 191 Street, Suite 805
Miami, Florida 33180
Tel: (305) 705-0888
Fax: (305) 705-0008
mburton@theburtonfirm.com
dpoterek@theburtonfirm.com
pleadings@theburtonfirm.com
*Cocounsel for Plaintiffs*

**LARRY S. DAVIS**
**SHANA KORDA**
**LAW OFFICE OF LARRY S. DAVIS, P.A**.
1926 Harrison Street
Hollywood, FL 33020-5018
Tel: (954) 927.4249
Fax: (954) 927-1653
larry@larrysdavislaw.com
shana@larrysdavislaw.com
courtdocs@larrysdavislaw.com
*Cocounsel for Plaintiffs*

**NANCY G. ABUDU**
Legal Director
**AMERICAN CIVIL LIBERTIES UNION OF FLORIDA**
4343 W. Flagler St., Suite 400
Miami, FL 33134
Tel: (786) 363-2707
Fax: (786) 363-1108
nabudu@aclufl.org
*Cocounsel for Plaintiffs*

**FREDDY FUNES**
**GERALD GREENBERG**
**JARRED L. REILING**
**ADAM SCHACHTER**
**GELBER SCHACHTER & GREENBERG, P.A.**
**Cooperating Counsel**
**ACLU Foundation of Florida**
1221 Brickell Avenue, Suite 2010
Miami, FL 33131-3224
Tel: (305) 728-0950
Fax: (305) 728-0951
jreiling@gsgpa.com
*Cocounsel for Plaintiffs*

**JOSEPH S. GELLER**
**GREENSPOON MARDER, P.A.**
200 E. Broward Blvd., Suite 1500
Fort Lauderdale, FL 33301-1874
Tel: (954) 491-1120
Fax: (954) 331-2037
joseph.geller@gmlaw.com
*Cocounsel for Plaintiffs*

<div style="display: flex;">

**CHAD A. READLER**
**ELIZABETH J. SHAPIRO**
**JOSEPH E. BORSON**
**CAROL FEDERIGHI**
**UNITED STATES DEPARTMENT OF JUSTICE**
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Tel: (202) 514-1944
Fax: (202) 616-8460
joseph.borson@usdoj.gov
*Counsel for the Federal Government Defendants*

**DAVID A. FUGETT**
(FBN 835935)
General Counsel
david.fugett@dos.myflorida.com
**FLORIDA DEPARTMENT OF STATE**
R.A. Gray Building, Suite 100
500 South Bronough Street
Tallahassee, Florida 32399-0250
Tel: (850) 245-6536
Fax: (850) 245-6127
*Counsel for the Florida Secretary of State*

</div>