UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 17-22568-CIV-COOKE/Goodman

ARTHENIA JOYNER, et al.,
    Plaintiffs,

versus

PRESIDENTIAL ADVISORY
COMMISSION ON ELECTION
INTEGRITY, et al.,
    Defendants.
_____/

# PLAINTIFFS' NOTICE OF AGREEMENT TO CHOICE OF MEDIATOR

Plaintiffs agree to Robert Dulberg as the choice for a mediator in this matter.

Dated: November 1, 2017          Respectfully submitted,

*S/ H.K. Skip Pita*
**H.K. SKIP PITA**
Florida Bar No. 101974
**PITA WEBER DEL PRADO**
9350 S. Dixie Hwy., Suite 1200
Miami, FL 33156
Tel: (305) 670-2889
Fax: (305) 670-6666
spita@pwdlawfirm.com

*S/ Jason B. Blank*
**JASON B. BLANK**
Florida Bar No. 28826
**HABER BLANK, LLP**
888 S. Andrews Ave., Suite 201
Fort Lauderdale, FL 33316
Tel: (954) 767-0300
Fax: (954) 949-0510
eservice@haberblank.com
jblank@haberblank.com

*S/ Benedict P. Kuehne*
**BENEDICT P. KUEHNE**
Florida Bar No. 233293

*S/ Marc A. Burton*
**MARC A. BURTON**
Florida Bar No. 95318

**MICHAEL T. DAVIS**
Florida Bar No. 63374
**KUEHNE DAVIS LAW, P.A.**
100 SE 2 Street, Suite 3550
Miami, FL 33131-154
Tel: (305) 789-5989
Fax: (305) 789-5987
ben.kuehne@kuehnelaw.com
mdavis@kuehnelaw.com
efiling@kuehnelaw.com

*S/ Larry S. Davis*
**LARRY S. DAVIS**
Florida Bar No. 437719
*S/ Shana Korda*
**SHANA KORDA**
Florida Bar No. 109504
**LAW OFFICE OF LARRY S. DAVIS, P.A**.
1926 Harrison Street
Hollywood, FL 33020-5018
Tel: (954) 927.4249
Fax: (954) 927-1653
larry@larrysdavislaw.com
shana@larrysdavislaw.com
courtdocs@larrysdavislaw.com

*S/ Nancy G. Abudu*
**NANCY G. ABUDU**

*S/ Daniel J. Poterek*
**DANIEL J. POTEREK**
Florida Bar No. 85204
**THE BURTON FIRM, P.A.**
2999 N.E. 191 Street, Suite 805
Miami, Florida 33180
Tel: (305) 705-0888
Fax: (305) 705-0008
mburton@theburtonfirm.com
dpoterek@theburtonfirm.com
pleadings@theburtonfirm.com

*S/ Freddy Funes*
**FREDDY FUNES**
Florida Bar No. 87932
*S/ Gerald Greenberg*
**GERALD GREENBERG**
Florida Bar No. 440094
*S/ Jarred L. Reiling*
**JARRED L. REILING**
Florida Bar No. 93930
*S/ Adam Schachter*
**ADAM SCHACHTER**
Florida Bar No. 647101
**GELBER SCHACHTER & GREENBERG, P.A.**
**Cooperating Counsel**
**American Civil Liberties Union Foundation of Florida**
1221 Brickell Avenue, Ste 2010
Miami, FL 33131-3224
Tel: (305) 728-0950
Fax: (305) 728-0951
jreiling@gsgpa.com

*S/ Joseph S. Geller*
**JOSEPH S. GELLER**

| | |
|---|---|
| Florida Bar No. 111881 | Florida Bar No. 292771 |
| Legal Director | **GREENSPOON MARDER, P.A.** |
| **AMERICAN CIVIL LIBERTIES UNION OF FLORIDA** | 200 E. Broward Blvd., Ste 1500 |
| 4343 W. Flagler St., Suite 400 | Fort Lauderdale, FL 33301-1874 |
| Miami, FL 33134 | Tel: (954) 491-1120 |
| Tel: (786) 363-2707 | Fax: (954) 331-2037 |
| Fax: (786) 363-1108 | joseph.geller@gmlaw.com |
| nabudu@aclufl.org | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 1, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

<i>S/ Benedict P. Kuehne</i><br>
<b>BENEDICT P. KUEHNE</b><br>
Florida Bar No. 233293

# SERVICE LIST

**H.K. SKIP PITA**
**PITA WEBER DEL PRADO**
9350 S. Dixie Hwy., Suite 1200
Miami, FL 33156
Tel: (305) 670-2889
Fax: (305) 670-6666
spita@pwdlawfirm.com
*Cocounsel for Plaintiffs*

**JASON B. BLANK**
**HABER BLANK, LLP**
888 S. Andrews Ave., Suite 201
Fort Lauderdale, FL 33316
Tel: (954) 767-0300
Fax: (954) 949-0510
eservice@haberblank.com
jblank@haberblank.com
*Cocounsel for Plaintiffs*

**BENEDICT P. KUEHNE**
**MICHAEL T. DAVIS**
**KUEHNE DAVIS LAW, P.A.**
100 SE 2 Street, Suite 3550
Miami, FL 33131-154
Tel: (305) 789-5989
Fax: (305) 789-5987
ben.kuehne@kuehnelaw.com
mdavis@kuehnelaw.com
efiling@kuehnelaw.com
*Cocounsel for Plaintiffs*

**MARC A. BURTON**
**DANIEL J. POTEREK**
**THE BURTON FIRM, P.A.**
2999 N.E. 191 Street, Suite 805
Miami, Florida 33180
Tel: (305) 705-0888
Fax: (305) 705-0008
mburton@theburtonfirm.com
dpoterek@theburtonfirm.com
pleadings@theburtonfirm.com
*Cocounsel for Plaintiffs*

| | |
|---|---|
| **LARRY S. DAVIS** <br> **SHANA KORDA** <br> **LAW OFFICE OF LARRY S. DAVIS, P.A**. <br> 1926 Harrison Street <br> Hollywood, FL 33020-5018 <br> Tel: (954) 927.4249 <br> Fax: (954) 927-1653 <br> larry@larrysdavislaw.com <br> shana@larrysdavislaw.com <br> courtdocs@larrysdavislaw.com <br> *Cocounsel for Plaintiffs* | **FREDDY FUNES** <br> **GERALD GREENBERG** <br> **JARRED L. REILING** <br> **ADAM SCHACHTER** <br> **GELBER SCHACHTER & GREENBERG, P.A.** <br> **Cooperating Counsel** <br> **ACLU Foundation of Florida** <br> 1221 Brickell Avenue, Suite 2010 <br> Miami, FL 33131-3224 <br> Tel: (305) 728-0950 <br> Fax: (305) 728-0951 <br> jreiling@gsgpa.com <br> *Cocounsel for Plaintiffs* |
| **NANCY G. ABUDU** <br> Legal Director <br> **AMERICAN CIVIL LIBERTIES UNION OF FLORIDA** <br> 4343 W. Flagler St., Suite 400 <br> Miami, FL 33134 <br> Tel: (786) 363-2707 <br> Fax: (786) 363-1108 <br> nabudu@aclufl.org <br> *Cocounsel for Plaintiffs* | **JOSEPH S. GELLER** <br> **GREENSPOON MARDER, P.A.** <br> 200 E. Broward Blvd., Suite 1500 <br> Fort Lauderdale, FL 33301-1874 <br> Tel: (954) 491-1120 <br> Fax: (954) 331-2037 <br> joseph.geller@gmlaw.com <br> *Cocounsel for Plaintiffs* |

| | |
|---|---|
| **CHAD A. READLER** <br> **ELIZABETH J. SHAPIRO** <br> **JOSEPH E. BORSON** <br> **CAROL FEDERIGHI** <br> **UNITED STATES DEPARTMENT OF JUSTICE** <br> Civil Division, Federal Programs Branch <br> P.O. Box 883 <br> Washington, DC 20044 <br> Tel: (202) 514-1944 <br> Fax: (202) 616-8460 <br> joseph.borson@usdoj.gov <br> *Counsel for the Federal Government Defendants* | **DAVID A. FUGETT** <br> (FBN 835935) <br> General Counsel <br> david.fugett@dos.myflorida.com <br> **FLORIDA DEPARTMENT OF STATE** <br> R.A. Gray Building, Suite 100 <br> 500 South Bronough Street <br> Tallahassee, Florida 32399-0250 <br> Tel: (850) 245-6536 <br> Fax: (850) 245-6127 <br> *Counsel for the Florida Secretary of State* |