UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:17-22568-CIV-COOKE/GOODMAN

ARTHENIA JOYNER, et al.,
    Plaintiff,

vs.

PRESIDENTIAL ADVISORY COMMISSION
ON ELECTION INTEGRITY, et al.,
    Defendants.
_____/

## PLAINTIFFS' UNOPPOSED MOTION TO AMEND COMPLAINT, WITH MOTION TO FILE AMENDMENT ONE DAY OUT-OF-TIME

Plaintiffs move to amend their complaint pursuant to Rule 15 of the Federal Rules of Civil Procedure, and Local Rule 15.1. Good cause exists to grant this requested amendment. The proposed amendment accompanies this motion as required by Local Rule 15.1. The defendants do not oppose this amendment. Because of the number of time consuming final edits to the Amended Complaint, this motion and the Amended Complaint are being filed slightly more than two hours out-of-time. Plaintiffs seek leave for the out-of-time filing of the Amended Complaint.

The defendants consent to allowing the amendment, without waiving any right to assert any defenses. In return for the defendants'

agreement to the filing of the Amended Complaint,and with due consideration to the end-of-year holiday period that is nearly upon us, the plaintiffs agree to an enlargement of time until January 31, 2018, for the defendants to file their' motions to dismiss the Amended Complaint. Additionally, the plaintiffs agree to an enlargement of time until January 31, 2018, for the defendants to respond and object to the pending discovery served by the plaintiffs.

The Amended Complaint is justified and necessary because of three significant occurrences since the initial filing of the Complaint on July 10, 2017. First, Mathew Dunlap, a member of the Presidential Commission and the Maine Secretary of State, has partially revealed the misconduct ongoing at the Presidential Advisory Commission. Secretary Dunlap, just one month ago (on November 9, 2017), sued the very Commission on which he serves as an appointed member. In that federal lawsuit, which is referenced in the Amended Complaint, Secretary Dunlap revealed the Presidential Advisory Commission is not complying with FACA, is excluding certain Commissioners from participating in the Commission's activities, and appears to be pursuing a hidden, potentially corrupt agenda.

Second, since the hearing on Plaintiffs' Motion for Temporary Restraining Order [DE 31], the Presidential Advisory Commission – through its Vice Chair Kobach – requested that States upload voter data to a "White House computer system." On that same day, the Florida Secretary of State complied – uploading Florida's voter data to this White House computer. But what is being done with Florida Voter Data (and those of other states) remains a mystery. The Presidential Advisory Commission continues to operate in secret, and is not making its intentions or its actions with this data known to the public. No information this White House computer was placed on the Commission Agenda or even discussed at its September 12, 2017 public hearing. This violates FACA.

Now that Secretary Dunlap has revealed the secrecy under which this Commission is operating, the concrete harm and threat to Plaintiffs is better understood than what had been revealed by the known facts at the time of the initial Complaint. Plaintiffs and the public now have a level of certainty that the Presidential Advisory Commission is, indeed, pursuing a hidden agenda in violation of federal law. It appears the Commission's true agenda may well be voter suppression.

That only some favored Commission members and other unknown persons are accessing the enormous amount of voter information reveals the third reason for this amendment: true national and cyber security concerns resulting from the unknown use of the data behind closed White House doors. Since the inception of the activities of the Presidential Advisory Commission, significant new information has been developed by the United States Congress identifying serious national security and cybersecurity implications of database breaches, and the coordination of intrusion efforts by foreign governments. Warnings have been issued from current and former government security officials that Russia and other foreign adversaries have sought to intervene and will intervene in future United States elections, and that such behavior is likely to escalate. Admiral Michael Rogers, director of the National Security Agency, recently testified before Congress that "[w]e have seen states seeking to shape the policies and attitudes of democratic peoples, and we are convinced such behavior will continue for as long as autocratic regimes believe they have more to gain than to lose by challenging their opponents in cyberspace." James Clapper, the former Director of National Intelligence, similarly testified that Russia is now "emboldened

4

to continue" its election interference activities, "and to do so even more intensely."

These and other concerns led prominent former national security officials to weigh in on the activities of the Presidential Advisory Commission in pending litigation against the Commission. Their principled concerns are addressed in the Amended Complaint.

Rule 15(a) of the Federal Rules of Civil Procedure provides that leave to amend a pleading "shall be freely given when justice so requires." *Walters v. Altec Industries, Inc.*, 2003 WL 22012046 (M.D. Fla. 2003). The Supreme Court held in *Foman v. Davis*, 371 U.S. 178, 182 (1962), that in the absence of a dilatory motive or repeated failures to cure deficiencies, leave to amend should be given freely:

> "If the underlying facts or circumstances relied upon by a plaintiff may be a proper subject of relief, he ought to be afforded an opportunity to test his claim on the merits. In the absence of any apparent or declared reason—such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment, etc.—the leave sought should, as the rules require, be 'freely given.'"

Here, the Amended Complaint is not filed in any dilatory fashion. This is the first amendment sought, and is brought to the court's attention at a time consistent with this Scheduling Order (DE52, ¶ 3). Secretary Dunlap's revelations are new. They shed light and credibility on the threatened harm to the public and the Plaintiffs. The newly obtained revelations raise the stakes on the need for FACA-required sunlight to shed light on the White House computer system.

Furthermore, with the newly obtained facts, the Amended Complaint not only adds to the depth and flagrancy of the FACA violations and the usurpation of the Separation of Powers, but it strengthens the need for judicial involvement in this important public battle.

For all these reasons, Plaintiffs ask this court to grant the unopposed motion for leave to file the Amended Complaint that is attached hereto.

Dated: December 9, 2017                Respectfully submitted,

S/ H.K. Skip Pita                      S/ Jason B. Blank
**H.K. SKIP PITA**                     **JASON B. BLANK**
Florida Bar No. 101974                 Florida Bar No. 28826
**PITA WEBER DEL PRADO**               **HABER BLANK, LLP**
9350 S. Dixie Hwy., Suite 1200         888 S. Andrews Ave., Suite 201
Miami, FL 33156                        Fort Lauderdale, FL 33316
Tel: (305) 670-2889                    Tel: (954) 767-0300

Fax: (305) 670-6666
spita@pwdlawfirm.com

*S/ Benedict P. Kuehne*
**BENEDICT P. KUEHNE**
Florida Bar No. 233293
**MICHAEL T. DAVIS**
Florida Bar No. 63374
**KUEHNE DAVIS LAW, P.A.**
100 SE 2 Street, Suite 3550
Miami, FL 33131-154
Tel: (305) 789-5989
Fax: (305) 789-5987
ben.kuehne@kuehnelaw.com
mdavis@kuehnelaw.com
efiling@kuehnelaw.com

*S/ Larry S. Davis*
**LARRY S. DAVIS**
Florida Bar No. 437719
*S/ Shana Korda*
**SHANA KORDA**
Florida Bar No. 109504
**LAW OFFICE OF LARRY S. DAVIS, P.A**.
1926 Harrison Street
Hollywood, FL 33020-5018
Tel: (954) 927.4249
Fax: (954) 927-1653
larry@larrysdavislaw.com
shana@larrysdavislaw.com
courtdocs@larrysdavislaw.com

*S/ Nancy G. Abudu*
**NANCY G. ABUDU**

Fax: (954) 949-0510
eservice@haberblank.com
jblank@haberblank.com

*S/ Marc A. Burton*
**MARC A. BURTON**
Florida Bar No. 95318
*S/ Daniel J. Poterek*
**DANIEL J. POTEREK**
Florida Bar No. 85204
**THE BURTON FIRM, P.A.**
2875 N.E. 191 Street, Suite 403
Miami, Florida 33180
Tel: (305) 705-0888
Fax: (305) 705-0008
mburton@theburtonfirm.com
dpoterek@theburtonfirm.com
pleadings@theburtonfirm.com

*S/ Freddy Funes*
**FREDDY FUNES**
Florida Bar No. 87932
*S/ Gerald Greenberg*
**GERALD GREENBERG**
Florida Bar No. 440094
*S/ Jarred L. Reiling*
**JARRED L. REILING**
Florida Bar No. 93930
*S/ Adam Schachter*
**ADAM SCHACHTER**
Florida Bar No. 647101
**GELBER SCHACHTER & GREENBERG, P.A.**
**Cooperating Counsel**
**American Civil Liberties Union Foundation of Florida**
1221 Brickell Avenue, Suite 2010
Miami, FL 33131-3224
Tel: (305) 728-0950
Fax: (305) 728-0951
jreiling@gsgpa.com

*S/ Joseph S. Geller*
**JOSEPH S. GELLER**

7

| | |
|---|---|
| Florida Bar No. 111881<br>Legal Director<br>**AMERICAN CIVIL LIBERTIES UNION OF FLORIDA**<br>4343 W. Flagler St., Suite 400<br>Miami, FL 33134<br>Tel: (786) 363-2707<br>Fax: (786) 363-1108<br>nabudu@aclufl.org | Florida Bar No. 292771<br>**GREENSPOON MARDER, P.A.**<br>200 E. Broward Blvd., Suite 1500<br>Fort Lauderdale, FL 33301-1874<br>Tel: (954) 491-1120<br>Fax: (954) 331-2037<br>joseph.geller@gmlaw.com |

## **CERTIFICATE OF SERVICE**

I certify on December 9, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

*s/ Benedict P. Kuehne*
**BENEDICT P. KUEHNE**

## SERVICE LIST

**H.K. SKIP PITA**
**PITA WEBER DEL PRADO**
9350 S. Dixie Hwy., Suite 1200
Miami, FL 33156
Tel: (305) 670-2889
Fax: (305) 670-6666
spita@pwdlawfirm.com
lalvarez@pwdlawfirm.com
*Co-counsel for Plaintiffs*

**JASON B. BLANK**
**HABER BLANK, LLP**
888 S. Andrews Ave., Suite 201
Fort Lauderdale, FL 33316
Tel: (954) 767-0300
Fax: (954) 949-0510
eservice@haberblank.com
jblank@haberblank.com
*Co-counsel for Plaintiffs*

**BENEDICT P. KUEHNE**
**MICHAEL T. DAVIS**
**KUEHNE DAVIS LAW, P.A.**
100 SE 2 Street, Suite 3550
Miami, FL 33131-154
Tel: (305) 789-5989
Fax: (305) 789-5987
ben.kuehne@kuehnelaw.com
mdavis@kuehnelaw.com
efiling@kuehnelaw.com
*Co-counsel for Plaintiffs*

**MARC A. BURTON**
**DANIEL J. POTEREK**
**THE BURTON FIRM, P.A.**
2999 N.E. 191 Street, Suite 805
Miami, Florida 33180
Tel: (305) 705-0888
Fax: (305) 705-0008
mburton@theburtonfirm.com
dpoterek@theburtonfirm.com
pleadings@theburtonfirm.com
*Co-counsel for Plaintiffs*

**LARRY S. DAVIS**
**SHANA KORDA**
**LAW OFFICE OF LARRY S. DAVIS, P.A**.
1926 Harrison Street
Hollywood, FL 33020-5018
Tel: (954) 927.4249
Fax: (954) 927-1653
larry@larrysdavislaw.com
shana@larrysdavislaw.com
courtdocs@larrysdavislaw.com
*Co-counsel for Plaintiffs*

**FREDDY FUNES**
**GERALD GREENBERG**
**JARRED L. REILING**
**ADAM SCHACHTER**
**GELBER SCHACHTER & GREENBERG, P.A.**
Cooperating Counsel ACLU Foundation of Florida
1221 Brickell Avenue, Suite 2010
Miami, FL 33131-3224
Tel: (305) 728-0950
Fax: (305) 728-0951
jreiling@gsgpa.com
*Co-counsel for Plaintiffs*

**NANCY G. ABUDU**
Legal Director
**AMERICAN CIVIL LIBERTIES UNION OF FLORIDA**
4343 W. Flagler St., Suite 400
Miami, FL 33134
Tel: (786) 363-2707
Fax: (786) 363-1108
nabudu@aclufl.org
*Co-counsel for Plaintiffs Co-counsel for Plaintiffs*

**JOSEPH S. GELLER**
**GREENSPOON MARDER, P.A.**
200 E. Broward Blvd., Suite 1500
Fort Lauderdale, FL 33301-1874
Tel: (954) 491-1120
Fax: (954) 331-2037
joseph.geller@gmlaw.com
*Co-counsel for Plaintiffs*

**CHAD A. READLER**
**ELIZABETH J. SHAPIRO**
**CAROL FEDERIGHI**
Senior Trial Counsel
**KRISTINA A. WOLFE**
**JOSEPH E. BORSON**
**UNITED STATES DEPARTMENT OF JUSTICE**
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Tel: (202) 514-1944
Fax: (202) 616-8460
carol.federighi@usdoj.gov
joseph.borson@usdoj.gov
*Counsel for the Federal Government Defendants*

**DAVID A. FUGETT**
(FBN 835935)
General Counsel
david.fugett@dos.myflorida.com
**FLORIDA DEPARTMENT OF STATE**
R.A. Gray Building, Suite 100
500 South Bronough Street
Tallahassee, Florida 32399-0250
Tel: (850) 245-6536
Fax: (850) 245-6127
*Lead Counsel for the Florida Secretary of State*

2