UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 17-22568-CIV-COOKE/Goodman

**ARTHENIA JOYNER, et al.,**
      Plaintiffs,

versus

**PRESIDENTIAL ADVISORY COMMISSION ON ELECTION INTEGRITY, et al.,**
      Defendants.
_____/

**ORDER GRANTING UNOPPOSED MOTION TO AMEND COMPLAINT**

This matter is before me upon the Unopposed Motion to Amend the Complaint (DE61). Upon consideration, the motion is GRANTED, and the Amended Complaint attached to the motion shall be separately filed and served forthwith.

**DONE and ORDERED**, in chambers, at Miami, Florida, on December __, 2017.

                                                                _____
                                                                 **MARCIA G. COOKE**
                                                                 United States District Judge

Copies furnished to:
Jonathan Goodman, U.S. Magistrate Judge
Counsel of record