## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## CASE NO. 17-22568-CIV-COOKE/Goodman

**ARTHENIA JOYNER, et al.,**
        **Plaintiffs,**

**versus**

**PRESIDENTIAL ADVISORY**
**COMMISSION ON ELECTION**
**INTEGRITY, et al.,**
        **Defendants.**
_____/

# NOTICE OF FILING REVISED PROPOSED ORDER ON MOTION TO AMEND COMPLAINT (DE61)

Plaintiffs submit the revised Proposed Order Granting Unopposed Motion to Amend Complaint and Setting Scheduling for Defendants' Responses in connection with DE61. An incorrect version was inadvertently attached to the Motion.

Dated: December 9, 2017                          Respectfully submitted,

*S/ H.K. Skip Pita*                              *S/ Jason B. Blank*
**H.K. SKIP PITA**                               **JASON B. BLANK**
Florida Bar No. 101974                           Florida Bar No. 28826
**PITA WEBER DEL PRADO**                          **HABER BLANK, LLP**
9350 S. Dixie Hwy., Suite 1200                   888 S. Andrews Ave., Suite 201
Miami, FL 33156                                  Fort Lauderdale, FL 33316
Tel: (305) 670-2889                              Tel: (954) 767-0300
Fax: (305) 670-6666                              Fax: (954) 949-0510
spita@pwdlawfirm.com                             eservice@haberblank.com
                                                 jblank@haberblank.com


*S/ Benedict P. Kuehne*                          *S/ Marc A. Burton*
**BENEDICT P. KUEHNE**                            **MARC A. BURTON**
Florida Bar No. 233293                           Florida Bar No. 95318
**MICHAEL T. DAVIS**                              *S/ Daniel J. Poterek*
Florida Bar No. 63374                            **DANIEL J. POTEREK**
**KUEHNE DAVIS LAW, P.A.**                         Florida Bar No. 85204
100 SE 2 Street, Suite 3550                      **THE BURTON FIRM, P.A.**
Miami, FL 33131-154                              2875 N.E. 191 Street, Suite 403
Tel: (305) 789-5989                              Miami, Florida 33180
Fax: (305) 789-5987                              Tel: (305) 705-0888
ben.kuehne@kuehnelaw.com                         Fax: (305) 705-0008
mdavis@kuehnelaw.com                             mburton@theburtonfirm.com
efiling@kuehnelaw.com                            dpoterek@theburtonfirm.com
                                                 pleadings@theburtonfirm.com


*S/ Larry S. Davis*                              *S/ Freddy Funes*
**LARRY S. DAVIS**                                **FREDDY FUNES**
Florida Bar No. 437719                           Florida Bar No. 87932
*S/ Shana Korda*                                 *S/ Gerald Greenberg*
**SHANA KORDA**                                   **GERALD GREENBERG**
Florida Bar No. 109504                           Florida Bar No. 440094
**LAW OFFICE OF LARRY S. DAVIS,**                  *S/ Jarred L. Reiling*
**P.A**.                                          **JARRED L. REILING**
1926 Harrison Street                             Florida Bar No. 93930
Hollywood, FL 33020-5018                         *S/ Adam Schachter*
Tel: (954) 927.4249                              **ADAM SCHACHTER**
Fax: (954) 927-1653                              Florida Bar No. 647101
larry@larrysdavislaw.com                         **GELBER SCHACHTER &**
shana@larrysdavislaw.com                         **GREENBERG, P.A.**
courtdocs@larrysdavislaw.com                     **Cooperating Counsel**
                                                 **American  Civil  Liberties  Union**

**Foundation of Florida**
1221 Brickell Avenue, Suite 2010
Miami, FL 33131-3224
Tel: (305) 728-0950
Fax: (305) 728-0951
jreiling@gsgpa.com

*S/ Nancy G. Abudu*
**NANCY G. ABUDU**
Florida Bar No. 111881
Legal Director
**AMERICAN CIVIL
LIBERTIES UNION OF
FLORIDA**
4343 W. Flagler St., Suite 400
Miami, FL 33134
Tel: (786) 363-2707
Fax: (786) 363-1108
nabudu@aclufl.org

*S/ Joseph S. Geller*
**JOSEPH S. GELLER**
Florida Bar No. 292771
**GREENSPOON MARDER, P.A.**
200 E. Broward Blvd., Suite 1500
Fort Lauderdale, FL 33301-1874
Tel: (954) 491-1120
Fax: (954) 331-2037
joseph.geller@gmlaw.com

## CERTIFICATE OF SERVICE

I certify on December 9, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

*s/ Benedict P. Kuehne*
**BENEDICT P. KUEHNE**

## SERVICE LIST

**H.K. SKIP PITA**
**PITA WEBER DEL PRADO**
9350 S. Dixie Hwy., Suite 1200
Miami, FL 33156
Tel: (305) 670-2889
Fax: (305) 670-6666
spita@pwdlawfirm.com
lalvarez@pwdlawfirm.com
*Co-counsel for Plaintiffs*

**JASON B. BLANK**
**HABER BLANK, LLP**
888 S. Andrews Ave., Suite 201
Fort Lauderdale, FL 33316
Tel: (954) 767-0300
Fax: (954) 949-0510
eservice@haberblank.com
jblank@haberblank.com
*Co-counsel for Plaintiffs*

**BENEDICT P. KUEHNE**
**MICHAEL T. DAVIS**
**KUEHNE DAVIS LAW, P.A.**
100 SE 2 Street, Suite 3550
Miami, FL 33131-154
Tel: (305) 789-5989
Fax: (305) 789-5987
ben.kuehne@kuehnelaw.com
mdavis@kuehnelaw.com
efiling@kuehnelaw.com
*Co-counsel for Plaintiffs*

**MARC A. BURTON**
**DANIEL J. POTEREK**
**THE BURTON FIRM, P.A.**
2999 N.E. 191 Street, Suite 805
Miami, Florida 33180
Tel: (305) 705-0888
Fax: (305) 705-0008
mburton@theburtonfirm.com
dpoterek@theburtonfirm.com
pleadings@theburtonfirm.com
*Co-counsel for Plaintiffs*

**LARRY S. DAVIS**
**SHANA KORDA**
**LAW OFFICE OF LARRY S.**
**DAVIS, P.A**.
1926 Harrison Street
Hollywood, FL 33020-5018
Tel: (954) 927.4249
Fax: (954) 927-1653
larry@larrysdavislaw.com
shana@larrysdavislaw.com
courtdocs@larrysdavislaw.com
*Co-counsel for Plaintiffs*

**FREDDY FUNES**
**GERALD GREENBERG**
**JARRED L. REILING**
**ADAM SCHACHTER**
**GELBER SCHACHTER &**
**GREENBERG, P.A.**
Cooperating Counsel ACLU
Foundation of Florida
1221 Brickell Avenue, Suite 2010
Miami, FL 33131-3224
Tel: (305) 728-0950
Fax: (305) 728-0951
jreiling@gspa.com
*Co-counsel for Plaintiffs*

**NANCY G. ABUDU**
Legal Director
**AMERICAN CIVIL LIBERTIES**
**UNION OF FLORIDA**
4343 W. Flagler St., Suite 400
Miami, FL 33134
Tel: (786) 363-2707
Fax: (786) 363-1108
nabudu@aclufl.org
*Co-counsel for Plaintiffs Co-counsel for*
*Plaintiffs*

**JOSEPH S. GELLER**
**GREENSPOON MARDER, P.A.**
200 E. Broward Blvd., Suite 1500
Fort Lauderdale, FL 33301-1874
Tel: (954) 491-1120
Fax: (954) 331-2037
joseph.geller@gmlaw.com
*Co-counsel for Plaintiffs*

**CHAD A. READLER**
**ELIZABETH J. SHAPIRO**
**CAROL FEDERIGHI**
Senior Trial Counsel
**KRISTINA A. WOLFE**
**JOSEPH E. BORSON**
**UNITED STATES DEPARTMENT**
**OF JUSTICE**
Civil Division, Federal Programs
Branch
P.O. Box 883
Washington, DC 20044
Tel: (202) 514-1944
Fax: (202) 616-8460
carol.federighi@usdoj.gov
joseph.borson@usdoj.gov
*Counsel for the Federal*
*Government Defendants*

**DAVID A. FUGETT**
(FBN 835935)
General Counsel
david.fugett@dos.myflorida.com
**FLORIDA DEPARTMENT OF**
**STATE**
R.A. Gray Building, Suite 100
500 South Bronough Street
Tallahassee, Florida 32399-0250
Tel: (850) 245-6536
Fax: (850) 245-6127
*Lead Counsel for the Florida*
*Secretary of State*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 17-22568-CIV-COOKE/Goodman**

**ARTHENIA JOYNER, et al.,**
            **Plaintiffs,**

**versus**

**PRESIDENTIAL ADVISORY**
**COMMISSION ON ELECTION**
**INTEGRITY, et al.,**
            **Defendants.**
_____/

**ORDER GRANTING UNOPPOSED MOTION TO AMEND COMPLAINT AND**
**SETTING SCHEDULING FOR DEFENDANTS' RESPONSES**

This matter is before me upon the Unopposed Motion to Amend the Complaint (DE61). Upon consideration, the motion is GRANTED, and the Amended Complaint attached to the motion shall be separately filed and served forthwith. The defendants' responses to the Amended Complaint are due on January 31, 2018. Additionally, the time for the defendants' to respond and object to the pending discovery served by the plaintiffs is January 31, 2018.

**DONE and ORDERED**, in chambers, at Miami, Florida, on December __, 2017.

_____
**MARCIA G. COOKE**
United States District Judge

Copies furnished to:
Jonathan Goodman, U.S. Magistrate Judge
Counsel of record