# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ARTHENIA JOYNER, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> PRESIDENTIAL ADVISORY ) <br> COMMISSION ON ELECTION ) <br> INTEGRITY, *et al.*, ) <br> ) <br> Defendants. ) <br> _____) | Civil Action No. 17-22568-MGC |

## NOTICE OF EXECUTIVE ORDER

Today, the President signed an Executive Order terminating the Presidential Advisory Commission on Election Integrity.  *See* https://www.whitehouse.gov/presidential-actions/executive-order-termination-presidential-advisory-commission-election-integrity/ (last visited Jan. 3, 2018) (copy attached hereto).  Undersigned counsel will confer with counsel for the plaintiffs about next steps for moving forward.

Dated:  January 3, 2018

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

*/s/Carol Federighi*
CAROL FEDERIGHI
Senior Trial Counsel
KRISTINIA A. WOLFE
JOSEPH E. BORSON
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Tel: (202) 514-1903
E-mail: carol.federighi@usdoj.gov

Skip to content



Share | White House Logo

- Economy
- National Security
- Budget
- Immigration
- Healthcare

Executive Orders

# Executive Order on the Termination of Presidential Advisory Commission on Election Integrity

Issued on: January 3, 2018

- Share:
- facebook
- twitter
- link

All News

By the authority vested in me as President by the Constitution and the laws of the United States of America, it is hereby ordered as follows:

Section 1.  Executive Order 13799 of May 11, 2017 (Establishment of Presidential Advisory Commission on Election Integrity), is hereby revoked, and the Presidential Advisory Commission on Election Integrity is accordingly terminated.

Sec. 2.  General Provisions.  (a)  Nothing in this order shall be construed to impair or otherwise affect:

  (i)   the authority granted by law to an executive department, agency, or the head thereof; or

  (ii)  the functions of the Director of the Office of Management and Budget relating to budgetary, administrative, or legislative proposals.

  (b)  This order shall be implemented consistent with applicable law and subject to the availability of appropriations.

  (c)  This order is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or in equity by any party (other than by the United States) against the United States, its departments, agencies, or entities, its officers, employees, or agents, or any other person.

DONALD J. TRUMP

THE WHITE HOUSE,

January 3, 2018.



The White House

- Live
- Jobs
- Get Involved
- Copyright Policy
- Privacy Policy

- Twitter
- Facebook
- Instagram
- Contact

- News
- Issues

- The Administration
- About The White House
- Get Involved

- Economy
- National Security
- Budget
- Immigration
- Healthcare



Close Search

Type Your Search    Press enter to search