**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 17-22568-CIV-COOKE/GOODMAN**

**ARTHENIA JOYNER, et al.**

**vs.**

**PRESIDENTIAL ADVISORY COMMISSION
ON ELECTION INTEGRITY, et al.**

**PLAINTIFFS' EMERGENCY MOTION FOR
TEMPORARY RESTRAINING ORDER AND
PRELIMINARY INJUNCTION, AND/OR OTHER
EMERGENCY INJUNCTIVE RELIEF
AS MAY BE APPROPRIATE**

# EXHIBIT "I"

