**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 17-22568-CIV-COOKE/GOODMAN**

**ARTHENIA JOYNER, et al.**

**vs.**

**PRESIDENTIAL ADVISORY COMMISSION
ON ELECTION INTEGRITY, et al.**

**PLAINTIFFS' EMERGENCY MOTION FOR
TEMPORARY RESTRAINING ORDER AND
PRELIMINARY INJUNCTION, AND/OR OTHER
EMERGENCY INJUNCTIVE RELIEF
AS MAY BE APPROPRIATE**

# EXHIBIT "J"

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>    Plaintiff,<br><br>v.<br><br>PRESIDENTIAL ADVISORY COMMISSION ON ELECTION INTEGRITY, *et al.*,<br><br>    Defendants. | Civil Action No. 1:17-cv-1320 (CKK) |

### THIRD DECLARATION OF KRIS W. KOBACH

I, Kris W. Kobach, declare as follows:

As described in my declaration of July 5, 2017, I am the Vice Chair of the Presidential Advisory Commission on Election Integrity ("Commission").  I submit this third declaration in support of Defendant's supplemental brief regarding the addition of the Department of Defense ("DOD") as a defendant in plaintiff's Amended Complaint.  This declaration is based on my personal knowledge and upon information provided to me in my official capacity as Vice Chair of the Commission.

    1.    In order not to impact the ability of other customers to use the DOD Safe Access File Exchange ("SAFE") site, the Commission has decided to use alternative means for transmitting the requested data.  The Commission no longer intends to use the DOD SAFE system to receive information from the states, and instead intends to use alternative means of receiving the information requested in the June 28, 2017, letter. Specifically, the Director of White House Information Technology is repurposing an existing system that regularly accepts

personally identifiable information through a secure, encrypted computer application within the White House Information Technology enterprise. We anticipate this system will be fully functional by 6:00 p.m. Eastern today.

    2.    Today, the Commission sent the states a follow-up communication requesting the states not submit any data until this Court rules on this TRO motion.  A copy of this communication is attached hereto as Exhibit A.  The Commission will not send further instructions about how to use the new system pending this Court's resolution of this TRO motion.

    3.    The Commission will not download the data that Arkansas already transmitted to SAFE and this data will be deleted from the site.

    4.    Additionally, I anticipate that the President will today announce the appointment of two new members of the Commission, one Democrat and one Republican.

    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

\*\*\*

Executed this 10th day of July 2017.

*Kris Kobach*

Kris W. Kobach

2