UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 17-22568-CIV-COOKE/GOODMAN

ARTHENIA JOYNER, et al.,

      Plaintiffs,

v.

PRESIDENTIAL ADVISORY
COMMISSION ON ELECTION
INTEGRITY, et al.,

      Defendants.

_____/

## ORDER REQUIRING EXPEDITED BRIEFING ON PLAINTIFFS' EMERGENCY MOTION

Plaintiffs filed an emergency motion for a temporary restraining order and for a preliminary injunction. [ECF No. 69]. United States District Judge Marcia G. Cooke referred the motion to the Undersigned. [ECF No. 70]. After reviewing the motion, the Undersigned **orders** as follows:

The state and federal defendants shall, by Monday, January 15, 2018, respond to Plaintiffs' motion. The state defendant is Florida's Secretary of State, Ken Detzner. The federal defendants are the Presidential Advisory Commission on Election Integrity, Michael Pence, Kris Kobach, the Executive Office of the President of the United States, the Executive Office of the Vice-President of the United States, Tim Horne, and Mick Mulvaney.

Plaintiffs may, by Thursday, January 18, 2018, reply to the state defendant's and federal defendants' responses.

The federal defendants shall include as attachments to their response the following: (1) the declaration of Charles Christopher Herndon submitted in *Electronic Privacy Information Center v. Presidential Advisory Commission on Election Integrity*, No. 17-cv-1320 (D.D.C.) ("the DC case") and referenced on page 27 of Plaintiffs' motion; (2) an updated declaration from Mr. Herndon or another official with similar authority, responding to the allegations made in Plaintiffs' motion; (3) an updated declaration from Kris Kobach;[1] and (4) a status report on the DC case.

The federal defendants shall also identify: (1) the current and precise location of the voter information obtained from the State of Florida; (2) what person or persons have access to this information; (3) how the information is stored; (4) whether the federal government plans to distribute this information to the Department of Homeland Security, ICE, or another agency; (5) whether such distributions have already occurred;

---

[1] The Undersigned notes that ECF No. 38-1, the original statement from Mr. Kobach, is not a declaration. It is instead a July 26, 2017 letter addressed to Florida's Secretary of State.

and (6) whether there are any guidelines or procedures in place limiting the distribution of and access to the voter information.

**DONE AND ORDERED** in Chambers, in Miami, Florida, on January 8, 2018.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

**Copies Furnished to:**
Honorable Marcia G. Cooke
All Counsel of Record