UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DIVISION

Case No. 1:17-CV-22568-CIV-COOKE/Goodman

ARTHENIA JOYNER, et al.

    Plaintiff,

vs.

PRESIDENTIAL ADVISORY COMMISSION
ON ELECTION INTEGRITY, et al.

    Defendants,
_____/

## PLAINTIFFS' UNOPPOSED MOTION
## FOR EXTENSION OF TIME TO RESPOND TO
## FEDERAL AND STATE DEFENDANTS' MOTIONS TO DISMISS

Comes now Plaintiffs, by and through their undersigned counsel, and pursuant to F.R.C.P. 6, and file this Motion for Extension of Time to Respond to Federal and State Defendants' Motions to Dismiss, and further states:

1. Federal Defendants urge dismissal of Plaintiff's amended complaint [DE 65] in their motion to dimiss filed on January 19, 2018. [DE87]

2. State Defendant urges dismissal of Plaintiff's amended complaint [DE65] in his motion to dismiss also filed on January 19, 2018. [DE86]

3. Plaintiffs response is due on February 2, 2018.

4. In order to fully respond to Federal and State Defendants' motions, and due to other obligations and deadlines in this and other State and Federal Courts by the undersigned counsel, Plaintiffs require additional time to respond.

5. As a result, Plaintiffs request an extension of seven (7) days to respond to both motions to dismiss, making their responses due on February 9, 2018.

6. Plaintiffs further have no objection to the Court then extending the time for both Federal and State Defendants to reply, should they so desire, until February 23, 2018.

7. Both the State and Federal Defendants have expressed no objection to Plaintiffs' requested relief and do not oppose the instant motion.

8. There is no prejudice to the parties by the granting of this extension and this request is being made in good faith and not for the purposes of unnecessary delay.

Respectfully submitted this 31st day of January, 2018.

## COUNSEL'S CERTIFICATION UNDER RULE 7.1

WE CERTIFY certify that counsel for the movant conferred with counsel for both the Federal and State Defendants in a good faith effort to resolve the issues herein, and Defendants do not oppose the relief sought in this motion.

*S/ H.K. Skip Pita*
**H.K. SKIP PITA**
Florida Bar No. 101974
**PITA WEBER DEL PRADO**
9350 S. Dixie Hwy., Suite 1200
Miami, FL 33156
Tel: (305) 670-2889 Fax: (305) 670-6666
spita@pwdlawfirm.com

*S/ Jason B. Blank*
**JASON B. BLANK**
Florida Bar No. 28826
**HABER BLANK, LLP**
888 S. Andrews Ave., Suite 201
Fort Lauderdale, FL 33316
Tel: (954) 767-0300 Fax: (954) 949-0510
eservice@haberblank.com
jblank@haberblank.com

*S/ Benedict P. Kuehne*
**BENEDICT P. KUEHNE**
Florida Bar No. 233293
**MICHAEL T. DAVIS**
Florida Bar No. 63374
**KUEHNE DAVIS LAW, P.A.**
100 SE 2 Street, Suite 3550
Miami, FL 33131-154
Tel: (305) 789-5989 Fax: (305) 789-5987
ben.kuehne@kuehnelaw.com
mdavis@kuehnelaw.com
efiling@kuehnelaw.com

*S/ Marc A. Burton*
**MARC A. BURTON**
Florida Bar No. 95318
*S/ Daniel J. Poterek*
**DANIEL J. POTEREK**
Florida Bar No. 85204
**THE BURTON FIRM, P.A.**
2999 N.E. 191 Street, Suite 805
Miami, Florida 33180
Tel: (305) 705-0888 Fax: (305) 705-0008
mburton@theburtonfirm.com
dpoterek@theburtonfirm.com

*s/ Larry S. Davis*
**LARRY S. DAVIS**
Florida Bar No. 437719
*s/ Shana Korda*
**SHANA KORDA**
Florida Bar No. 109504
**LAW OFFICE OF LARRY S. DAVIS, P.A.**
1926 Harrisoin Street
Hollywood, FL   33020-5018
Tel:  (954) 927-4249
Fax:  (954) 927-1653
larry@larrysavislaw.com
shana@larrysdavislaw.com
courtdocs@larrysdavislaw.com

*S/ Freddy Funes*
**FREDDY FUNES**
Florida Bar No. 87932
*s/ Gerlad Greenberg*
**GERALD GREENBERG**
Florida Bar No. 440094
*S/ Jarred L. Reiling*
**JARRED L. REILING**
Florida Bar No. 93930
*S/ Adam Schachter*
**ADAM SCHACHTER**
Florida Bar No. 647101
**GELBER SCHACHTER & GREENBERG, P.A.**
American Civil Liberties Union Foundation of Florida
1221 Brickell Avenue, Suite 2010
Miami, FL  33131-3224
Tel:  (305) 728-0950
Fax:  (305) 728-0951
jreling@gsgpa.com

*S/ Nancy G. Abudu*
**NANCY G. ABUDU**
Florida Bar No. 111881
Legal Director
**AMERICAN CIVIL LIBERTIES UNION OF FLORIDA**
4343 W. Flagler Street, Suite 400
Miami, FL  33134
Tel:  786-363-2707
Fax:  786-363-1108
nabudu@aclufl.org

*S/ Joseph S. Gellar*
**JOSEPH S. GELLER**
Florida Bar No. 292771
**GREENSPOON MARDER**
200 E. Broward Blvd., Suite 1500
Fort Lauderdale, FL  33301
Tel:  (954) 491-1120
Fax:  (954) 331-2037
Joseph.geller@gmlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 31, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

                                                        ___/s/ Jason B. Blank_____
                                                        Jason B. Blank, Esq.
                                                        Counsel for Plaintiffs

## SERVICE LIST

**H.K. SKIP PITA**
**PITA WEBER DEL PRADO**
9350 S. Dixie Hwy., Suite 1200
Miami, FL 33156
Tel: (305) 670-2889
Fax: (305) 670-6666
spita@pwdlawfirm.com
lalvarez@pwdlawfirm.com
*Co-counsel for Plaintiffs*

**JASON B. BLANK**
**HABER BLANK, LLP**
888 S. Andrews Ave., Suite 201
Fort Lauderdale, FL 33316
Tel: (954) 767-0300
Fax: (954) 949-0510
eservice@haberblank.com
jblank@haberblank.com
*Co-counsel for Plaintiffs*

**BENEDICT P. KUEHNE**
**MICHAEL T. DAVIS**
**KUEHNE DAVIS LAW, P.A.**
100 SE 2 Street, Suite 3550
Miami, FL 33131-154
Tel: (305) 789-5989
Fax: (305) 789-5987
ben.kuehne@kuehnelaw.com
mdavis@kuehnelaw.com
efiling@kuehnelaw.com
*Co-counsel for Plaintiffs*

**MARC A. BURTON**
**DANIEL J. POTEREK**
**THE BURTON FIRM, P.A.**
2999 N.E. 191 Street, Suite 805
Miami, Florida 33180
Tel: (305) 705-0888
Fax: (305) 705-0008
mburton@theburtonfirm.com
dpoterek@theburtonfirm.com
pleadings@theburtonfirm.com
*Co-counsel for Plaintiffs*

**LARRY S. DAVIS**
**SHANA KORDA**
**LAW OFFICE OF LARRY S. DAVIS, P.A**.
1926 Harrison Street
Hollywood, FL 33020-5018
Tel: (954) 927.4249
Fax: (954) 927-1653
larry@larrysdavislaw.com
shana@larrysdavislaw.com
courtdocs@larrysdavislaw.com
*Co-counsel for Plaintiffs*

**FREDDY FUNES**
**GERALD GREENBERG**
**JARRED L. REILING**
**ADAM SCHACHTER**
**GELBER SCHACHTER & GREENBERG, P.A.**
Cooperating Counsel ACLU Foundation of Florida
1221 Brickell Avenue, Suite 2010
Miami, FL 33131-3224
Tel: (305) 728-0950
Fax: (305) 728-0951
jreiling@gsgpa.com
*Co-counsel for Plaintiffs*

**NANCY G. ABUDU**
Legal Director
**AMERICAN CIVIL LIBERTIES UNION OF FLORIDA**
4343 W. Flagler St., Suite 400
Miami, FL 33134
Tel: (786) 363-2707
Fax: (786) 363-1108
nabudu@aclufl.org
*Co-counsel for Plaintiffs Co-counsel for Plaintiffs*

**JOSEPH S. GELLER**
**GREENSPOON MARDER, P.A.**
200 E. Broward Blvd., Suite 1500
Fort Lauderdale, FL 33301-1874
Tel: (954) 491-1120
Fax: (954) 331-2037
joseph.geller@gmlaw.com
*Co-counsel for Plaintiffs*

**CAROL FEDERIGHI**
**CHAD A. READLER**
**ELIZABETH J. SHAPIRO**
**JOSEPH E. BORSON**
**UNITED STATES DEPARTMENT OF JUSTICE**
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Tel: (202) 514-1944
Fax: (202) 616-8460
joseph.borson@usdoj.gov
carol.federighi@usdoj.gov
fedprog.ecf@usdoj.gov
maia.e.d'anna@usdoj.gov
*Counsel for the Federal Government Defendants*

**DAVID A. FUGETT**
(FBN 835935)
General Counsel
david.fugett@dos.myflorida.com
**FLORIDA DEPARTMENT OF STATE**
R.A. Gray Building, Suite 100
500 South Bronough Street
Tallahassee, Florida 32399-0250
Tel: (850) 245-6536
Fax: (850) 245-6127
*Lead Counsel for the Florida*
*Secretary of State*