UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-22568-CIV-COOKE/GOODMAN

ARTHENIA JOYNER; MIKE SUAREZ;
JOSHUA A. SIMMONS; BRENDA SHAPIRO;
LUIS MEURICE; THE AMERICAN CIVIL
LIBERTIES UNION OF FLORIDA, INC.;
FLORIDA IMMIGRANT COALITION, INC.,

    Plaintiffs,

vs.

PRESIDENTIAL ADVISORY COMMISSION
ON ELECTION INTEGRITY; MICHAEL
PENCE, in his official capacity as Chair of the
Presidential Advisory Commission on Election
Integrity; KRIS KOBACH, in his official
capacity as Vice Chair of the Presidential
Advisory Commission on Election Integrity;
EXECUTIVE OFFICE OF THE PRESIDENT
OF THE UNITED STATES; EXECUTIVE
OFFICE OF THE VICE PRESIDENT OF
THE UNITED STATES; TIM HORNE, in his
official capacity as Administrator of the General
Services Administration; MICK MULVANEY,
in his official capacity as Director, Office of
Management and Budget; KEN DETZNER, in
his official capacity as Florida Secretary of State,

    Defendants.
_____/

**MOTION TO WITHDRAW JARRED L. REILING AS COUNSEL FOR
PLAINTIFF THE AMERICAN CIVIL LIBERTIES UNION OF FLORIDA, INC**.

    PLEASE TAKE NOTICE, the law firm of Gelber Schachter & Greenberg, P.A., respectfully request to withdraw JARRED L. REILING as counsel for the Plaintiff The American Civil Liberties Union of Florida, Inc., in the above captioned case and state:

    Jarred L. Reiling is no longer with Gelber Schachter & Greenberg, P.A., ("GSG"). Plaintiff The American Civil Liberties Union of Florida, Inc., ("Plaintiff") will continue to be

represented by other counsel of record from GSG. All pleadings, notices, order, correspondence and other papers in connection with the above-captioned action shall be served on Plaintifff current counsel of record. An order granting relief sought herein is attached as Exhibit A.

Dated: April 20, 2018            Respectfully Submitted,

*/s/Gerald E. Greenberg*
GERALD E. GREENBERG
Florida Bar No. 440094
ggreenberg@gsgpa.com
ADAM M. SCHACHTER
Florida Bar No. 647101
aschachter@gsgpa.com
FREDDY FUNES
Florida Bar No. 87932
ffunes@gsgpa.com
GELBER SCHACHTER & GREENBERG, P.A.
1221 Brickell Avenue, Suite 2010
Miami, Florida 33131
Telephone: (305) 728-0950
Facsimile: (305) 728-0951
E-service: efilings@gsgpa.com

*Attorneys for Plaintiff The American Civil Liberties Union of Florida, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 20th day of April 2018 a true and correct copy of the foregoing is being electronically filed with the Clerk of the Court using the CM/ECF filing system. I also certify that the foregoing document is being served this date on all counsel of record or pro se parties listed below, either via transmission of Notices of Electronic Filing generated by the CM/ECF system or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

## **SERVICE LIST**

Howard K. Pita
spita@pwdlawfirm.com
Pita Weber Del Prado
9350 S. Dixie Hwy., Suite 1200
Miami, FL 33156
Tel: 305-670-2889
Fax: 305-670-6666

*Attorneys for Plaintiffs Arthenia Joyner; Mike Suarez, Joshua A. Simmons, Brenda Shapiro, Luis Meurice, The American Civil Liberties Union of Florida, Inc. and Florida Immigrant Coalition, Inc.*

Benedict P. Kuehne
ben.kuehne@kuehnelaw.com
Michael T. Davis
mdavis@kuehnelaw.com
Kuehne Davis Law, P.A.
100 SE 2 Street, Suite 3550
Miami, FL 33131-154
Tel: 305-789-5989
Fax: 305-789-5987
efiling@kuehnelaw.com

*Attorneys for Plaintiffs Arthenia Joyner; Mike Suarez, Joshua A. Simmons, Brenda Shapiro, Luis Meurice, The American Civil Liberties Union of Florida, Inc. and Florida Immigrant Coalition, Inc.*

Jason B. Blank
jblank@haberblank.com
Haber Blank, LLP
888 S. Andrews Ave., Suite 201
Fort Lauderdale, Florida 33316
Tel: 954-767-0300
Fax: 954-949-0510
eservice@haberblank.com

*Attorneys for Plaintiffs Arthenia Joyner; Mike Suarez, Joshua A. Simmons, Brenda Shapiro, Luis Meurice, The American Civil Liberties Union of Florida, Inc. and Florida Immigrant Coalition, Inc.*

Joseph S. Geller
joseph.geller@gmlaw.com
Greenspoon Marder, P.A.
200 E. Broward Blvd., Suite 1500
Fort Lauderdale, FL 33301-1874
Tel: 954-491-1120
Fax: 954-331-2037

*Attorneys for Plaintiffs Arthenia Joyner; Mike Suarez, Joshua A. Simmons, Brenda Shapiro, Luis Meurice, The American Civil Liberties Union of Florida, Inc. and Florida Immigrant Coalition, Inc.*

Richard J. Burton
rb@theburtonfirm.com
Marc A. Burton
mburton@theburtonfirm.com
Daniel J. Poterek
dpoterek@theburtonfirm.com
The Burton Firm, P.A.
2999 N.E. 191 Street, Suite 805
Miami, Florida 33180
Tel: 305-705-0888
Fax: 305-705-0008
pleadings@theburtonfirm.com

*Attorneys for Plaintiffs Arthenia Joyner; Mike Suarez, Joshua A. Simmons, Brenda Shapiro, Luis Meurice, The American Civil Liberties Union of Florida, Inc. and Florida Immigrant Coalition, Inc.*

Larry S. Davis
larry@larrysdavislaw.com
Shana J. Korda
shana@larrysdavislaw.com
Law Office of Larry S. Davis, P.A.
1926 Harrison Street
Hollywood, FL 33020
Tel: 954-927-4249
Fax: 954-927-1653
courtdocs@larrysdavislaw.com

*Attorneys for Plaintiffs Arthenia Joyner; Mike Suarez, Joshua A. Simmons, Brenda Shapiro, Luis Meurice, The American Civil Liberties Union of Florida, Inc. and Florida Immigrant Coalition, Inc.*

Nancy G. Abudu
nabudu@aclufl.org
American Civil Liberties Union of Florida
4343 W. Flagler St., Suite 400
Miami, FL 33134
Tel: 786-363-2707
Fax: 786-363-1108

*Attorney for Plaintiff the American Civil Liberties Union of Florida, Inc.*

Joseph E. Borson
Joseph.Borson@usdoj.gov
Poterek Federighi
carol.federighi@usdoj.gov
Elizabeth J. Shapiro
elizabeth.shapiro@usdoj.gov
Kristina A. Wolfe
Kristina.Wolfe@usdoj.gov
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Tel: (202) 514-1944
Fax: (202) 616-8460

*Attorneys for Defendants Presidential Advisory Commission on Election Integrity, Michael Pence, Kris Kobach, Executive Office of the President of the United States; Executive Office of the Vice President of the United States, Tim Horne and Mick Mulvaney*

        David A. Fugett
david.fugett@dos.myflorida.com
W. Jordan Jones
Jordan.jones@dos.myflorida.com
FLORIDA DEPARTMENT OF STATE
R.A. Gray Building, Suite 100
500 South Bronough Street
Tallahassee, Florida 32399-0250
Phone: (850) 245-6536
Fax: (850) 245-6127

*Attorneys for Defendant Ken Detzner as Florida Secretary of State*

    */s/Gerald E. Greenberg*
    GERALD E. GREENBERG